IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHERONDA FRANCIS and
JAMES F. DOWDEN,
TRUSTEE IN BANKRUPTCY                                                           PLAINTIFFS

V.                                                 4:06CV001627JMM

ARKANSAS BLUE CROSS AND
BLUE SHIELD                                                                     DEFENDANT

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS

Plaintiffs have filed a motion to voluntarily dismiss the case. The Court finds that Plaintiffs' motion to dismiss should be, and hereby is, GRANTED.

The Court notes that Plaintiffs' right to re-file the case against the Defendant is subject to the provisions of Rule 41(d) of the Federal Rules of Civil Procedure. Under Rule 41(d), the Plaintiffs may be ordered to pay any costs of this action which the Court deems appropriate if Plaintiffs re-file the action against the Defendant.

Plaintiffs' Amended Motion to Dismiss (Docket # 48) is GRANTED. The original motion to dismiss (Docket # 45) is MOOT. The Clerk is directed to close the case.

IT IS SO ORDERED this 9th day of January 2008.

_____
James M. Moody
United States District Judge